**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | | |
|---|---|---|
| JOHNNY W. POPE, II, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 2:21cv449 |
| v. | : | |
| | : | |
| WESTERN TIDEWATER | : | |
| COMMUNITY SERVICES BOARD, | : | |
| | : | |
| Defendant. | : | |

**<u>MOTION FOR SUMMARY JUDGMENT</u>**

Defendant, Western Tidewater Community Services Board, by counsel, and pursuant to Fed. R. Civ. P. 56, hereby moves for entry of summary judgment in its favor. The reasons supporting this Motion are set forth in the accompanying Memorandum of Law.

> WESTERN TIDEWATER COMMUNITY
> SERVICES BOARD
>
>
> By: _____/s/_____
>         Of Counsel

Jeff W. Rosen, Esq. VSB No. 22689
Lisa Ehrich, Esq. VSB No. 32205
Jeffrey A. Hunn, Esq. VSB No. 45487
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Phone: (757) 490-6293
Fax:    (757) 497-1914
jrosen@pendercoward.com
lehrich@pendercoward.com
jhunn@pendercoward.com
*Counsel for WTCSB*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2022, I will electronically file the foregoing *Motion for Summary Judgment* with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

Steven B. Wiley, Esq. (VSB #47531)
WILEY LAW OFFICES, PLLC
440 Monticello Avenue, Suite 1817
Norfolk, VA 23510
Phone: (757) 955-8455
Fax:   (757) 319-4089
swiley@wileylawoffices.com
*Counsel for Plaintiff*

                                                                   /s/
Jeff W. Rosen, Esq., VSB #22689
PENDER & COWARD, PC
222 Central Park Avenue
Virginia Beach, VA 23462
Phone: (757) 490-6293
Fax:   (757) 497-1914
jrosen@pendercoward.com
*Counsel for WTCSB*