IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JOHNNY W. POPE, II,

    Plaintiff,

v.                                                      CIVIL ACTION NO. 2:21-cv-449

WESTERN TIDEWATER
COMMUNITY SERVICES BOARD,

    Defendant.

## *ORDER*

Before the Court is Defendant Western Tidewater Community Services Board's ("Defendant") Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56. Def.'s Mot. Summ. J., ECF No. 13. The Court has reviewed the Motion, accompanying memoranda, and exhibits. Def.'s Mem. Supp. Mot. Summ. J., ECF No. 14; Pl.'s Mem. Opp'n to Def.'s Mot. Summ. J., ECF No. 19; Def.'s Reply to Pl.'s Mem. Opp'n to Def.'s Mot. Summ. J., ECF No. 22. Upon review, the Court finds that a hearing on this Motion is not necessary and this matter is ripe for judicial determination. *See* E.D. Va. Loc. Civ. Rule 7(J). For the reasons that will be stated in a forthcoming memorandum opinion and order, the Court **FINDS** that Western Tidewater Community Services Board is entitled to judgment as a matter of law. Accordingly, Defendant's Motion for Summary Judgment is **GRANTED**.

The Clerk is **DIRECTED** to provide a copy of this Order to counsel for all parties.

**IT IS SO ORDERED.**

Norfolk, Virginia
June 16, 2022

                                                                      Raymond A. Jackson
                                                                      United States District Judge