IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**JOHNNY W. POPE, II,**

    Plaintiff,

v.                                Civil Action No.: 2:21CV449

**WESTERN TIDEWATER
COMMUNITY SERVICES BOARD,**

    Defendant.

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Court FINDS that Defendant Western Tidewater Community Services Board is entitled to judgment as a matter of law on all Counts. Accordingly, Defendant's Motion for Summary Judgment is GRANTED.

                                                  FERNANDO GALINDO, Clerk

                                                  By: ____/s/_____
                                                        M. Reese, Deputy Clerk